UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** Carol Doyle

**Hearing Date** February 7, 2017

**Bankruptcy Case No.** 16 B 37555

**Adversary No.**

**Title of Case** Lynette Arnold

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The plan is amended to strike the language that would allow debtor's attorney to be paid at the same priority level as payments provided for under Section E(2) of the plan.

*/s/ Carol A. Doyle*